**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

The Court has before it the parties' April 9, 2013 agreed motion for extension of time to file appellant's and appellees' briefs. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by May 16, 2013. The Court further **ORDERS** appellees to file their briefs within fifty days of the date appellant files his brief.

/s/      ELIZABETH LANG-MIERS
JUSTICE